# United States Court of Appeals
## FOR THE DISTRICT OF COLUMBIA CIRCUIT
_____

**No. 22-5213**

**September Term, 2022**

**1:22-cv-01483-UNA**

**Filed On:** January 11, 2023

Brud Rossmann, Esquire,

      Appellant

    v.

Joseph R. Biden, Jr., President of the United
States, et al.,

      Appellees


**ON APPEAL FROM THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA**

**BEFORE:** Millett and Pillard, Circuit Judges, and Sentelle, Senior Circuit
Judge

## J U D G M E N T

This appeal was considered on the record from the United States District Court
for the District of Columbia and on the brief filed by appellant. See Fed. R. App. P.
34(a)(2); D.C. Cir. Rule 34(j). It is

**ORDERED AND ADJUDGED** that the district court's July 15, 2022 order
dismissing appellant's complaint be affirmed. The district court correctly concluded that
the complaint, which lacked an arguable basis either in law or in fact, was frivolous.
See Neitzke v. Williams, 490 U.S. 319, 325 (1989); see also 28 U.S.C. §
1915(e)(2)(B)(i) (district court "shall dismiss the case at any time if the court determines
that . . . the action or appeal . . . is frivolous or malicious").

Pursuant to D.C. Circuit Rule 36, this disposition will not be published. The Clerk
is directed to withhold issuance of the mandate herein until seven days after resolution

of any timely petition for rehearing or petition for rehearing en banc.  <u>See</u> Fed. R. App. P. 41(b); D.C. Cir. Rule 41.

<u>**Per Curiam**</u>

**FOR THE COURT:**
Mark J. Langer, Clerk

BY:    /s/
Daniel J. Reidy
Deputy Clerk